Charles D. Colett, OSB #79191
chuck@colettlaw.com
COLETT LAW GROUP, LLP
1 Lincoln Center
10300 S.W. Greenburg Road, Suite 310
Portland, OR 97223-5489
Tel:  (503) 598-3411
Fax:  (503) 598-4646

Attorney for Plaintiffs Oregon Laborers-Employers Trust Funds, et al.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| OREGON LABORERS-EMPLOYERS HEALTH & WELFARE TRUST FUND; OREGON LABORERS-EMPLOYERS PENSION TRUST FUND; OREGON & SOUTHERN IDAHO LABORERS-EMPLOYERS TRAINING TRUST FUND; and OREGON LABORERS-EMPLOYERS ADMINISTRATIVE FUND, LLC,<br><br>      Plaintiffs,<br><br>        v.<br><br>TBH & ASSOCIATES, LLC, a foreign business corporation,<br><br>      Defendant | Case No. _____<br><br>COMPLAINT<br><br>Action for Fringe Benefits and Accounting<br><br>(29 USC § 1132 and §1145, and 29 USC § 185(a)) |

Plaintiffs, for claim for relief, allege as follows:

### FIRST COUNT

1.

Jurisdiction is vested in this Court over this action by the provisions of the Employee Retirement Income Security Act of 1974 (ERISA) at 29 USC § 1132 and § 1145; and § 301(a) of

COMPLAINT - 1

the Labor Management Relations Act of 1947 (LMRA) at 29 USC § 185(a).

2.

That at all times herein mentioned, the Plaintiffs were and are collective express Trusts in writing, pursuant to 29 USC § 186, known as the Oregon Laborers-Employers Health & Welfare Trust Fund (Health & Welfare Trust), the Oregon Laborers-Employers Pension Trust Fund (Pension Trust), the Oregon & Southern Idaho Laborers-Employers Training Trust Fund (Training Trust Fund), and the Oregon Laborers-Employers Administrative Fund, LLC (Administrative Fund). Plaintiffs are known collectively as the Oregon Laborers-Employers Trust Funds, which Trusts administer contributions by employers for medical care, pension, hospital care, training, and related needs of employees. Plaintiffs' principal office is in Portland, Multnomah County, Oregon, and venue for all claims for relief or proceedings involving the Trust Funds is in Multnomah County, Oregon. The Oregon Laborers-Employers Administrative Fund, LLC is the collection fund designated to collect contributions and dues for the Trusts and union affiliates.

3.

That Defendant TBH & Associates, LLC is a Washington limited liability business corporation authorized and registered to do business in the State of Oregon.

4.

That during all of the times herein mentioned, Defendant was bound to make required contributions to the Trusts and did make certain payments thereto.

5.

That in the processing of the payments and as part of the Plaintiffs' duties herein, a review of remittance reports that Defendant submitted indicate that a substantial delinquency exists for non-payment of fringe benefit and other contributions to Plaintiffs.

6.

Demand has been made for payment of the delinquency and there is wholly due, owing, and unpaid to the Plaintiffs the amount of $23,561.55 in contributions comprising delinquent contributions for September 2017 through April 2018, plus additional contributions due to date

for amounts for post-April 2018 contributions.

7.

That in addition to the basic contributions required to be made, the applicable written Agreements between the parties and 29 USC § 1132 provide for liquidated damages, interest, and audit fees to be assessed for any delinquent contributions found to be due and owing. Defendant is indebted to Plaintiffs for liquidated damages in the amount of $2,429.65, interest in the amount of $890.68, and audit fees. These liquidated damages and interest amounts are due for late payments over the last year plus amounts for unpaid contributions to date. These amounts are calculated pursuant to the statute and Trust Agreements as twelve percent (12%) *per annum* interest and twelve percent (12%) *per annum* liquidated damages for each late payment.

8.

That the indicated Agreements and 29 USC § 1132 provide for a reasonable sum to be awarded Plaintiffs as attorney's fees for the prosecution of this action against Defendant. Plaintiffs request a reasonable sum be awarded to Plaintiffs as attorney's fees.

SECOND COUNT

9.

Plaintiffs reallege Paragraphs 1, 2, 3, 4, 7 and 8 of their First Count.

10.

That during all of the times herein mentioned, Defendant was bound to make required contributions to the Trusts and did make certain payments. That Defendant, on and from 2016 through the present date, had in its employ, employees for whom contributions to the Trust Funds were to be made.

11.

Defendant has failed to make the contributions required by the Labor Agreement for their employees employed during the term of the Agreement. Defendant has failed to report to Plaintiffs the number of employees and the amount of required contributions. The amount of all contributions owed by Defendant to Plaintiffs is unknown to Plaintiffs and cannot be ascertained

COMPLAINT - 3

without a complete accounting, which is long and complicated.

12.

Plaintiffs request that an accounting by Defendant be ordered for the period from January 1, 2016 through the present date, for any and all contributions due from Defendant to Plaintiffs by virtue of the Labor Agreement. After a complete account has been made, Plaintiffs request a Decree be entered against Defendant for any amount due, with interest thereon, together with liquidated damages and reasonable attorney's fees as provided for in the Labor Agreement, Trust Agreement and appropriate law.

WHEREFORE, Plaintiffs pray as follows:

## COUNT ONE

1. $23,561.55, plus additional contributions to date;
2. Interest on the above sum from September 20, 2017 in the amount of $890.68 plus interest until paid;
3. Liquidated damages in the amount of $2,429.65 and an audit fee and additional interest on all late contributions paid and those remaining unpaid;
4. Interest and liquidated damages for each late payment received over the last year per the Trust Agreement and based on an accounting;
5. Reasonable attorney's fees;
6. Plaintiffs' costs necessarily incurred.

## COUNT TWO

1. A Decree compelling Defendant to make a complete accounting to Plaintiffs of all contributions due from Defendant to Plaintiffs from January 1, 2016, to the present;
2. After a complete accounting has been made, entry of Judgment against Defendant for any amounts due to Plaintiffs for Trust contributions;

///

///

COMPLAINT - 4

3. For interest on any contributions from their due date, together with attorney's fees, liquidated damages, and Plaintiffs' costs and disbursements;

4. For such other relief as may seem just and equitable in the premises.

COLETT LAW GROUP, LLP

Dated: June 5, 2018

 s/ Charles D. Colett
Charles D. Colett, OSB 791916
Attorney for Plaintiffs

COMPLAINT - 5