Charles D. Colett, OSB #79191
chuck@colettlaw.com
COLETT LAW GROUP, LLP
1 Lincoln Center
10300 S.W. Greenburg Road, Suite 310
Portland, OR 97223-5489
Tel: (503) 598-3411
Fax: (503) 598-4646

Attorney for Plaintiffs Oregon Laborers-Employers Trust Funds, et al.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| OREGON LABORERS-EMPLOYERS HEALTH & WELFARE TRUST FUND; OREGON LABORERS-EMPLOYERS PENSION TRUST FUND; OREGON & SOUTHERN IDAHO LABORERS-EMPLOYERS TRAINING TRUST FUND; and OREGON LABORERS-EMPLOYERS ADMINISTRATIVE FUND, LLC, | Case No. 3:18-cv-00991-SB<br><br>STIPULATED JUDGMENT |

Plaintiffs,

v.

TBH & ASSOCIATES, LLC, a foreign
business corporation,

Defendant

Plaintiffs, collectively known as the Oregon Laborers-Employers Trust Funds, and

Defendant, TBH & Associates, LLC, stipulate that Judgment may be entered against Defendant

TBH & Associates, LLC in the following sums:

1.      TWENTY-THREE THOUSAND FIVE HUNDRED SIXTY-ONE DOLLARS

FIFTY-FIVE CENTS ($23,561.55) as and for contributions, together with accrued interest of

STIPULATED JUDGMENT - 1

EIGHT HUNDRED NINETY DOLLARS AND SIXTY-EIGHT CENTS ($890.68), and further

interest at the Trust rate of TWELVE PERCENT (12%) *per annum* from July 1, 2018 until paid;

2.    TWO THOUSAND FOUR HUNDRED TWENTY-NINE DOLLARS AND

SIXTY-FIVE CENTS ($2,429.65) as and for liquidated damages, together with interest thereon

at the legal rate from the date of Judgment until paid;

3.    Such further Supplemental Judgment for additional contributions, interest,

liquidated damages, and attorney fees in the event Defendant does not pay the above sums

pursuant to an Agreement between the parties.

IT IS SO STIPULATED

_____
Tina Held, Trust Coordinator
Oregon Laborers-Employers Trust Funds

Dated: ___July 26, 2018___

_____
TBH & Associates, LLC
By: Peter Tapio, President

Dated: ___7/19/18___

IT IS SO ORDERED AND ADJUDGED, and execution shall issue hereon.

Dated this __17__ day of ___August___, 2018

_____
Hon. Stacie Beckerman
United States District Court
District of Oregon

STIPULATED JUDGMENT - 2